**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**ELECTRONICALLY FILED**

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 3:04-CV-401-R |
| ) | |
| ) | |
| **LEASING ONE CORPORATION** ) | |
| **and** ) | |
| **JPMORGAN CHASE BANK, N.A.** ) | |
| **f/k/a BANK ONE, KENTUCKY, N.A.** ) | |
| ) | |
| **Intervening Plaintiffs** ) | |
| ) | |
| v. ) | |
| ) | |
| **ANSON STAMPING CO., INC., et al.** ) | |
| ) | |
| **Defendants** ) | |

## MOTION FOR SUMMARY JUDGMENT

Comes the intervenor, defendant and cross-claim plaintiff, Leasing One Corporation, by counsel, and hereby moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the basis that there is no genuine issue of material fact and that Leasing One Corporation is entitled to judgment as a matter of law.  Leasing One Corporation has a valid security interest in the proceeds of the arbitration between Anson Stamping Company, LLC.  The security interest in such proceeds claimed by JPMorgan Chase Bank, N.A., were the result of fraudulent conveyances and as such void *ab initio*.

In further support of this motion, Leasing One Corporation submits the attached Memorandum.

Respectfully submitted,

WEBER & ROSE, P.S.C.

 /s/ Darryl W. Durham_____
Darryl W. Durham
Victoria E. Boggs
471 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 589-2200
(502) 589-3400 Fax
ddurham@weberandrose.com
vboggs@weberandrose.com
Counsel for Leasing One Corporation

## CERTIFICATE OF SERVICE

On the15th day of August, 2008, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Donald J. Kelly | Mary L. Fullington |
| Wyatt Tarrant & Combs, LLP | Wyatt, Tarrant & Combs, LLP |
| 500 W. Jefferson Street, Suite 2800 | 250 West Main Street, Suite 1600 |
| Louisville, Kentucky 40202 | Lexington , Kentucky  40507-1746 |

 /s/ Darryl W. Durham_____
Darryl W. Durham